Benjamin I. Shipper (*pro hac vice*)
bshipper@hhbjs.com
William J. O'Brien (*pro hac vice forthcoming*)
wobrien@hhbjs.com
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
706 South Main Street
Plymouth, MI 48170
Telephone: (313) 964-8600

Sarah F. Voutyras (SBN 324541)
svoutyras@skarzynski.com
Skarzynski Marick & Black LLP
333 S. Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 721-0651

*Attorneys for Plaintiff*
*TEKION CORP*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TEKION CORP,<br><br>Plaintiff,<br><br>vs.<br><br>RACEWAY AUTOMOTIVE, INC.; RACEWAY CH, INC. d/b/a RACEWAY CHEVROLET; RACEWAY AUTOMOTIVE OF HARTSVILLE, INC. d/b/a RACEWAY CHEVROLET; RACEWAY FH, INC. d/b/a RACEWAY FORD OF HARTSVILLE; and RACEWAY FD, INC. d/b/a RACEWAY FORD OF DARLINGTON,<br><br>Defendants. | Case No.: 3:26-cv-08041<br>Hon. Charles R. Breyer<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF TEKION CORP'S ADMINISTRATIVE MOTION TO FILE REDACTED FIRST AMENDED COMPLAINT WITH EXHIBITS** |

Now before this Court in the Administrative Motion of Plaintiff Tekion Corp ("Plaintiff") to file its First Amended Complaint and certain exhibits in support with redactions (the "Motion").

Upon consideration of the Motion and the declaration of Plaintiff's counsel, Benjamin I.

Shipper, Esq. filed in support of the Motion, the Court finds compelling reasons to grant Plaintiff's request.

COMPELLING REASONS having been shown, the Court finds that:

1. Plaintiff possesses overriding confidentiality interests in the proprietary financial information to be redacted from the aforementioned First Amended Complaint and exhibits referenced in and attached to the Motion that overcome the right of public access to that information as part of the court record;

2. Plaintiff's confidentiality interests support permitting the redaction and/or sealing of these documents;

3. A substantial probability exists that Plaintiff's overriding confidentiality interests will be prejudiced if these documents are not redacted and/or sealed;

4. Plaintiff's proposed redactions and/or sealing are narrowly tailored; and

5. No less restrictive means exist to achieve Plaintiff's overriding interests.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED and Plaintiff may file its First Amended Complaint and supporting exhibits with the following information redacted and/or sealed:

| **First Am. Compl. Reference/Paragraph Number(s)** | **Corresponding Page/Line Number(s)** |
|---|---|
| FAC ¶ 26 | 6:1-4, pricing terms, granted |
| FAC ¶ 29 | 6:11-13, pricing terms, granted |
| FAC ¶ 30(a) | 6:16-19, pricing terms, granted |
| FAC ¶ 30(b) | 6:20-23, pricing terms, granted |
| FAC ¶ 68(a) | 11:5-7, pricing terms, granted |
| FAC ¶ 68(b) | 11:8-10, pricing terms, granted |
| FAC ¶ 68(c) | 11:11-13, pricing terms, granted |

| | |
|---|---|
| Exhibit 1 | Page 2 (pricing terms contained in a matrix), granted<br>Page 3 (pricing terms contained in a matrix), granted |
| Exhibit 2 | Page 1 (pricing terms contained in a matrix), granted<br>Page 2 (pricing terms contained in a matrix), granted<br>Page 3 (pricing terms contained in a matrix), granted<br>Page 4 (pricing terms contained in a matrix), granted<br>Page 5 (pricing terms contained in a matrix), granted<br>Page 6 (pricing terms contained in a matrix), granted<br>Page 7 (pricing terms contained in a matrix), granted<br>Page 8, pricing terms, granted |

IT IS SO ORDERED.

Dated: August 17, 2026 By: ____________________
District Court Judge